# In the United States District Court
# for the District of Kansas

---

Case No. 5:20-cv-03278-TC-ADM

---

LaJuan S.L. Lowery,

*Plaintiff*

v.

Sean Flynn, et al.,

*Defendants*

---

## ORDER ADOPTING REPORT & RECOMMENDATION

This matter is before the Court on Magistrate Judge Angel D. Mitchell's Report and Recommendation (R&R) that Plaintiff LaJuan S.L. Lowery's claims against the City of Leavenworth and the Leavenworth Police Department (Doc. 5) be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2). Doc 26. The R&R was sent to Plaintiff via regular mail on May 10, 2021. It provided that Plaintiff would have fourteen days from receipt of the R&R to file any objections. Objections were due by May 24, 2021. Doc. 26.

As of July 16, 2021, Lowery has not filed an objection to Judge Mitchell's R&R. As a result, this Court accepts and adopts the R&R as its own.

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint (Doc. 5) is DISMISSED WITHOUT PREJUDICE as it pertains to the City of Leavenworth and the Leavenworth Police Department, the Report and Recommendations (Doc. 26) is adopted in its entirety, and the case against those two defendants is dismissed.

IT IS SO ORDERED.

Date: July 16, 2021     s/ Toby Crouse

Toby Crouse
United States District Judge